ORIGINAL 

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
MARGARITO SORNIA JR BANUELOS ) Case No. 07-52183 CN
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2471239 for an unclaimed dividend in the amount of $33.12. The name and address of the claimant entitled to the unclaimed dividend is as follows;

    MARGARITO SORNIA JR BANUELOS
    ***MAIL RETD 10/09***
    4653 WEST 27 ST
    YUMA, AZ 85364

Dated: July 02, 2010         _____
                 DEVIN DERHAM-BURK, TRUSTEE

Case: 07-52183  Doc# 68  Filed: 07/07/10  Entered: 07/13/10 11:16:59  Page 1 of 1